FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

2010 JAN 25 AM 9: 35

IN re: **MORRIS PUBLISHING GROUP, LLC, et al.**

Case No. 10-10134 (JSD)
Joint Administration
Hon. John S. Dalis, Bankruptcy Judge

## MOTION TO INTERVENE,
## MOTION TO APPOINT TRUSTEE OR EXAMINER AND
## MOTION TO HOLD TELEPHONIC HEARING ON DEBTOR'S NEGLECT OF JOURNALISTIC DUTIES

1. Intervenors Judith Seraphin and Ed Slavin are local community activists here in St. Augustine, Florida. We are concerned about civil rights, environmental justice, public health, waste, fraud, abuse misfeasance, malfeasance, nonfeasance and other issues arising out of state and local governments.

2. We are longtime readers and subscribers of the *St. Augustine Record* readers. Horrified, we have watched as both the quality and quantity of the *Record*'s news coverage decline, with slashed news budgets over the last 5-10 years. We respectfully request intervention status because Debtors have *admitted* that there will be *"no change"* as a result of their Chapter 11 filing. (Exhibit A). Rule 2018(a).

3. Intervenors respectfully object to the promise of *"no change."* After the debtors' massive indebtedness and resulting low-quantity news coverage here, the promise of *"no change"* is an outrage.

4. While debtors **admit** there will be *"no change"* but seek extraordinary relief from this Honorable Court by erasing some $178.5 million owed to creditors. (Exhibits A). Thus, MORRIS is akin to an alcoholic going to his first AA meeting, saying there will be "no change." **This plan won't work.**

5. Under the current MORRIS management, MORRIS newspapers such as the *St. Augustine Record, The Oak Ridger*, et al. have seen a decline in the quality and quantity of news coverage as news budgets are cut back and compromises are made in journalistic integrity so as not to offend advertisers, especially governments (source of legal advertisements) and businesses (especially controversial foreign-funded developers that engage in clearcutting of our forests and devastation of our wetlands).

6. Saying *"no change"* is a disservice to the fundamental principles of our democratic republic.

7. Saying there will be *"no change"* is a potential death sentence for smaller newspapers like the *St. Augustine Record* and *The Oak Ridger*, because in a rapidly changing information economy, these newspapers may die soon without thinking anew and acting anew. Located adjacent to large metropolitan dailies in places like Jacksonville and Knoxville, these smaller newspapers may wither and die under the bankruptcy reorganization plan. Death of these newspapers would be a clear and present danger to our democracy, allowing wrongdoers to prosper without investigative news coverage.

8. Refusal to cover the news adequately, violating the standard of care, amidst cutbacks on staff result in a death spiral of declining interest in newspapers, MORRIS PUBLISHING must be held accountable.

9. Refusal to cover the news adequately is contrary to the interest of bondholders, whose interest is in **selling newspapers and advertising**, not in covering up misconduct and mismanagement by entrenched government officials. Refusal to cover the news adequately is contrary to the genius of a free people.

10. Saying there will be "no change" upholds MORRIS family mismanagement, which was revealed in the *Folio Weekly* article (Exhibit B), Murfee Faulk, "Main Squeeze – The Times Union's Parent Company Remains Saddled With a $400 Million Debt, Dwindling Revenues and the Promise of a Rough Ride Ahead," Folio Weekly, May 8, 2008 @ 17-19.

## CONCLUSION

Therefore, Intervernors respectfully request that this Honorable Court appoint a Trustee to protect the public interest in zealous local, government and investigative reporting in our democracy and that that the Intervenors and other MORRIS readers be afforded notice and an opportunity to:

A. Attend by telephone any and all hearings; and
B. Present their concerns about declining news budgets and journalistic practices after full and fair disclosure and discovery, at an evidentiary hearing, with mandatory testimony by MORRIS COMMUNICATIONS owners and managers managers about the etiology of their wretched failure to cover the news without fear or favor due to declining news budgets.

Respectfully submitted,

JUDITH SERAPHIN
218B Riberia Street
St. Augustine, Florida 32084
904-829-0808
904-819-3517 (fax)


ED SLAVIN
Clean Up City of St. Augustine, Florida
www.cleanupcityofstaugustine.blogspot.com
Box 3084
St. Augustine, Florida 32085
904-829-3877
904-819-3517 (fax)

JANUARY 19, 2010






SAVE THIS | EMAIL THIS | Close

# Morris Publishing Group Files Plan of Reorganization with Bankruptcy Court

AUGUSTA, Ga., Jan. 19 /PRNewswire/ -- With the support of an overwhelming majority of its bondholders, Morris Publishing Group today filed a plan in U.S. Bankruptcy Court for the Southern District of Georgia in Augusta to complete the restructuring of its debt.

Morris has asked the Court to approve a plan that will reduce bondholder debt through the issuance of $100 million of new second lien secured notes due in 2014 in exchange for the cancellation of approximately $278.5 million principal amount of outstanding senior subordinated notes due 2013 plus accrued interest.

Holders of approximately 93 percent of the existing notes voted to support the filing of a prepackaged reorganization plan in bankruptcy court.

"This filing is the final step in the financial restructuring we announced last fall," said William S. Morris III, chairman of Morris Publishing Group. "We are pleased that so many of our noteholders agreed to support this move to get Morris Publishing on more solid financial ground."

Under the prepackaged plan, Morris Publishing will reduce its overall indebtedness from approximately $415 million to $126.5 million. The new notes will bear interest of at least 10 percent, but could bear interest up to 15 percent, some of which may be paid in-kind until Morris Publishing repays its remaining senior debt. The company reduced its senior indebtedness by $110 million last fall.

Morris Publishing Group will continue to operate its 13 daily newspapers, its non-daily newspapers, its websites, city magazines and free community newspapers without interruption. Readers and advertisers should notice no change in operations. All obligations to employees and vendors will be met in full.

Morris Publishing Group, LLC, is a privately held media company based in Augusta, Ga. Morris Publishing currently owns and operates 13 daily newspapers as well as nondaily newspapers, city magazines and free community publications in the Southeast, Midwest, Southwest and Alaska. For more information on the company's restructuring, visit Morris Publishing's website, www.morrisrestructures.com.

**About Morris Publishing**

Morris Publishing Group was formed in 2001 and assumed the operations of the newspaper business segment of its former parent, Morris Communications Company. The company has a concentrated presence in the Southeast, with four signature holdings: The Florida Times-Union (Jacksonville), The Augusta Chronicle, the Savannah (Ga.) Morning News and the Athens (Ga.) Banner-Herald. Morris Publishing Group's other nine daily newspapers are: Amarillo (Texas) Globe-News; Bluffton (S.C.) Today; Brainerd (Minn.) Dispatch; Juneau (Alaska) Empire; Log Cabin Democrat, Conway, Ark.; Lubbock (Texas) Avalanche-Journal; Peninsula Clarion, Kenai, Alaska; The St. Augustine (Fla.) Record; The Topeka (Kan.) Capital-Journal. Morris Publishing also has 13 non-daily newspapers, five free community newspapers and three city magazines.

**Forward-Looking Statement**

This press release contains forward-looking statements within the meaning of applicable federal securities laws that are based upon our current expectations and assumptions concerning future events, which are subject to a number of risks and uncertainties that could cause actual results to differ materially from those anticipated. The words "expect," "anticipate," "estimate," "forecast," "initiative," "objective," "plan," "goal," "project," "outlook," "priorities," "target," "intend," "evaluate," "pursue," "commence," "seek," "may," "would," "could," "should," "believe," "potential," "continue," or the negative of any of

those words or similar expressions is intended to identify forward-looking statements. All statements contained in this press release, other than statements of historical fact, including without limitation, statements about our plans, strategies, prospects and expectations regarding future events and our financial performance, are forward-looking statements that involve certain risks and uncertainties. While these statements represent our current judgment on what the future may hold, and while we believe these judgments are reasonable, these statements are not guarantees of any events or financial results, and our actual results may differ materially. Important factors that could cause our actual results to be materially different from our expectations include, among others, the Company may need to seek protection under the United States Bankruptcy Code, and the risk that the Company will be otherwise unsuccessful in its efforts to effectuate a comprehensive restructuring of its business. Accordingly, you should not place undue reliance on the forward-looking statements contained in this press release. These forward-looking statements speak only as of the date on which the statements were made. The Company undertakes no obligation to update publicly or otherwise revise any forward-looking statements, except where expressly required by law.

SOURCE Morris Publishing Group

RELATED LINKS
http://www.morrisrestructures.com

**Find this article at:**
http://www.prnewswire.com/news-releases/morris-publishing-group-files-plan-of-reorganization-with-bankruptcy-court-82040552.html

 Click to Print            SAVE THIS | EMAIL THIS | Close

☐  Check the box to include the list of links referenced in the article.

# Main Squeeze



**THE TIMES-UNION'S PARENT COMPANY REMAINS SADDLED WITH A $400 MILLION DEBT, DWINDLING REVENUES AND THE PROMISE OF A ROUGH RIDE AHEAD**

Last September, the editorial writers at The Florida Times-Union admonished the federal government for "living beyond its means." In a piece titled "Bankrupt Nation," they compared the government's high spending and debt levels to "pay[ing] for the war on poverty and the war in Vietnam at the same time."

Yet less than three months before that dire warning, the Times-Union's parent company was defending itself against its own Tet Offensive. That's when Standard & Poor's downgraded Morris Communications' corporate credit rating to an even lower junk status, BB-. S&P cited concerns with the media chain's hefty outstanding debt and dwindling first-quarter 2007 profits.

S&P specifically blamed Morris' bleak outlook on the economy in Jacksonville. Profits are down sharply in the Morris empire, falling from around $30 million in 2005 and $20 million in 2006 to estimated earnings of $10 million for 2007. Unless the Jacksonville economy turns around soon, the company could be headed for losses. Financial experts say that would guarantee Morris an S&P rating in the Cs.

And it seems the dominoes have already begun to fall. Late last year, the company was forced to sell 14 daily and three non-daily newspapers, most of them in the Midwest. The company now owns half the number of newspapers it once did. Morris applied the proceeds to its debt, but the $85 million pay-down only scratched the surface. The company would have to sell off everything to pay its obligations. A December Securities and Exchange Commission filing shows the company still owes $416 million to creditors, equal to the company's own estimated value.

Morris executives refused to comment. "We don't comment," said Senior Vice President of Finance Craig Mitchell, when asked about the company's debt level and plans for recovery. Mitchell said that the company makes all its financial announcements via press releases, because of its debt level.

To understand how Jacksonville fits into the Morris empire, it's necessary to look toward Augusta, Ga. In the past half-century, no other family in that city — a quarter the size of Jacksonville — has risen as quickly in status as the Morrises.

The story begins in 1929, when William S. Morris Jr. took a bookkeeping job at The Augusta Chronicle. He and a partner purchased the paper in the early 1940s and, soon after, Morris took sole ownership. Morris added an Augusta television station in 1950, then the company briefly went public. By 1959, it was back under family control. A few years later, the up-and-coming magnate sold the TV station and picked



**In This Naturally Grand Location,**
**Come Experience the Equally Grand**

# TIDEWATER
### AT NOCATEE

**MAINTENANCE-FREE LIVING**

- Four, single-level floorplan choices
- Gourmet kitchen, granite countertops
- Spacious owner's suite
- Two- and three-bedroom designs
- Two elevators in each building
- Community cabana & pool

## Main Squeeze



Riding high: Morris Communications magnate Billy Morris rides in the 2004 Augusta Futurity Championship, a "cutting horse" event in which horse and rider try to isolate or "cut" a cow from the herd.

up newspapers in Athens and Savannah. Morris Jr. died in 1967 and, after a brief family dispute, his son, Billy, took the reins. In 1972, Billy Morris pocketed two Texas newspapers, and 11 years later succeeded in what many at the time thought was a major coup for the Augusta-based company: the acquisition of the Florida Publishing Company, which owned the Jacksonville Journal and The Florida Times-Union, among others. It was like a minnow swallowing a shark. The purchase price was reportedly $211 million, a record at the time for a group of newspapers. But it was not unusual for the age. The early 1980s were awash in corporate raiders who bought up much larger companies with long lines of credit through the issuance of "junk bonds." Morris scooped up 20 additional newspapers and a bundle of radio stations from the legendary Stauffer newspaper dynasty based in Kansas in 1995. He paid $275 million (some reports said $283 million), and quickly sold off the Stauffer assets that didn't fit into his business plan: several newspapers, 11 radio stations and an insurance company.

After these decades of expansion, the Morris juggernaut had holdings worthy of national attention. Billy had succeeded in his once-stated goal of owning a media empire, and the Morris name often came up in discussions about media consolidation.

Behind the façade of success, however, lay an enormous debt. With Morris bonds currently trading at 67 cents on the dollar, not all investors are confident Morris will ever be able to pay it off. This wasn't a problem as long as Morris managers could squeeze double-digit profits from their acquisitions. And that was something the company was long known for: turning around sleepy, small-town papers, trimming the fat and increasing efficiency. Some lamented that efficiency came at the price of good journalism, but not in Augusta. While many Morris newsrooms — including Jacksonville's — faced enormous cost-cutting pressures, not all siblings were required to tighten the belt, insiders say. The Augusta Chronicle was always the favorite child, says one Morris employee in Jacksonville, who asked that his name not be used. He says other newspapers in the Morris chain have always been a little envious of the Chronicle. Unlike the Times-Union, The Augusta Chronicle has kept reporters on

> Behind the façade of success,
> however, lay an enormous
> debt. With Morris bonds
> currently trading at 67 cents on
> the dollar, not all investors are
> confident Morris will ever
> be able to pay it off.

stable beats, allowing them to gain an impressive institutional knowledge over decades. The Chronicle has also invested heavily, for a newspaper of its size, in its editorial page. (Whether that expenditure results in original insights is another debate.) Other Chronicle bells and whistles rarely found in medium-sized newspapers include a local cartoonist, a golf reporter, a fishing editor, a local music critic and a top-notch website. In 2001, Morris hired Steve Yelvington, a renowned dotcom guru. In 2004, Morris won five prestigious awards from the Newspaper Association of America for digital content, including The Online Innovator Award, which went to Morris Digital Works under the direction of Michael Romaner, considered a visionary in the industry. The Times-Union, by contrast, struggles with high turnover,

slender budgets and an inferior website. On occasion, management in Jacksonville has removed full-time writers only to hire them back as freelancers.

Last November, Jacksonville began outsourcing its advertising design to a company in the Philippines, and Augusta followed in January. Both papers have laid off chunks of staff. Advertisers complain about poor ad quality and service, and the graphic designers who are left spend much of their time fixing grammatical and spelling errors in ads made on the other side of the world. Rick Edmonds, a media business analyst at The Poynter Institute, the journalism think-tank and training institute based in St. Petersburg, says that the removal in recent months of highly paid top management in Jacksonville has led to a renewed debate there about the lack of reinvestment in the newspaper. And Jacksonville is the flashpoint for Morris Communications in more ways than one. Once the cash cow that funded journalistic luxuries in Augusta, it's now a resource drain that, insiders say, is feeling most of the heat. Not everybody agrees with this assessment.

"Newspapers all over the country are restructuring," says Frank Denton, editor at the Times-Union. "The Florida Times-Union is in the process of filling a number of jobs in advertising, and we are looking for three new reporters in Jack-sonville." Denton added that Morris is searching for two state capital reporters in Atlanta. "We are not cutting back on editorial staff," he says.

Frank Denton was the only Morris Communications Company employee who was willing to speak on the record for this story. The executives who count the money and devise the business model were not willing to share anything, even when we asked for the same information that any investor would want to see before buying Morris bonds. Private companies such as Morris Communications, a limited liability company, are not required by law to make reams of financial data available to the public. However, when those companies begin to issue bonds to investors, SEC regulations require limited disclosure, if only to protect the little guy.

In addition to the SEC filings, two other documents act as chronological brackets to this media empire's early period of decline. The first is a 2003 prospectus urging investors holding Morris bonds to exchange their class A bonds for class B bonds. (The SEC was apparently not happy with Morris' initial issuance of bonds.) The 2003 prospectus listed the "risk factors" that have prevented Morris Communications from making good on the bonds when they mature in 2013. Chief among them is "a decline in economic conditions in particular markets



Longtime T-U publisher Carl Cannon retired in December 2007, the same year he accepted a $117,192 pay increase, bringing his total compensation to $1.3 million a year. Within weeks of the raise, Cannon sent a memo to T-U employees announcing new "cost-cutting measures."

where we conduct business, and in particular the Jacksonville, Florida, market where we derived approximately 26.2 percent of our revenues for the year ending December 31, 2003."

Morris had put all of its eggs in one basket. It knew Jacksonville was the key to financial health, and warned investors. Fast-forward to 2008. The PowerPoint presentation given in January at the JP Morgan High Yield and Leveraged Finance Conference in Miami mentions dwindling advertising revenues in Jacksonville. New housing construction in Jacksonville screeched to a halt in 2007, dragging down the T-U's advertising revenues. Across the Morris empire, advertising revenues were down about $30 million in 2007 from the previous year, the presentation showed. After the sale of 14 papers in December, The Times-Union now accounts for 32.1 percent of operating revenues for the publishing wing of Morris Communications, compared with 27.5 percent before the sale.

Exposure to high risk in the Jacksonville market is now greater than ever. In short, the worst-case scenario that Morris warned investors about in its 2003 prospectus came true, according to the Miami presentation. It's that warning that might protect company executives if they end up facing creditors in court. And it was the poor performance in Jacksonville that led Standard & Poor's to downgrade Morris' status.

Troubled Company Reporter, an online industry publication that tracks struggling companies, mentions Standard & Poor's downgrade from BB to BB- in a June 2007 report. But it also finds some good news: "The corporate credit rating and issue level ratings were removed from CreditWatch, where they were placed with negative implications [on] May 10, 2007," the report reads. But it then adds, "The outlook is

What will Morris Communications do to stem the tide? At the JP Morgan conference, Morris executives discussed a number of strategies, almost all of them involving some form of consolidation.

negative." Credit analyst Peggy Hebard, of Standard & Poor's, told told Troubled Company Reporter that the company's financial profile was already weak.

"The downgrade follows our review of Morris Publishing's lower-than-expected first-quarter operating results at a time when the company's financial profile was already weak for the rating."

Hebard said that even before the latest industry downturn, "Morris Communications was on shaky ground."

That's the extent of publicly available information about Morris' finances. Never mind that investors have poured hundreds of millions of dollars into Morris



Discover Free-to-Air Satellite TV at
FTA ELECTRONICS
9865 San Jose Blvd, Ste. 56

Call us at 260-4434



If Ordinary Won't "I Do"

French Culinary Institute graduates
World's finest ingre
Chocolate sculptures
Over 18 different Bon Bons
Special Occasion Cakes

ET QUE    CHOCOLATE
1988 Kingsley Ave | 278.3098 | visit etiquetteofchocolate.com



Laptops & Computers
(New & Refurbished with Warranty)



•Refurbished Laptops From $179
•Refurbished Desktops From $99
•NEW & Refurbished Flat Screens
•Laptop & PC Repair Services
•Laptop Batteries & Power Adapters

PC Liquidations
(904)828-5163
Mon-Fri : 9-6, Sat : 9-5
5034 Phillips Hwy, Jacksonville, FL-32207







## Main Squeeze

Communications. If those investors are getting additional information about the company, that information is not flowing through public channels.

When reporters asked for transcripts of the Miami JP Morgan conference, Mitchell said there were none.

That's shocking to Peter A. Chapman, editor-in-chief of Troubled Company Reporter. He says that kind of information would typically be found on a company's website. "If you and I can't find out what was said in that conference," he said, "it sets up those who were there to charges of insider trading."

No discussion of Morris Communications would be complete without mention of Mediacom, the New Jersey-based cable company in which Morris held a substantial interest at the time of its initial public offering in February 2000. The IPO was a squeaker, coming through just a month before the initial deflation of the dotcom bubble. The stock hovered around $19 a share during the week after its IPO, but quickly settled to around $10, where it remained until last summer, when it fell to $5 a share. The company has lost money almost every year since 2002, despite being the eighth-largest cable company in the United States. But it, too, is highly leveraged, with a $3.1 billion debt. Its debt is a few hundred million dollars less than its total assets, but as a child of a tech boom, that's hardly unusual.

Morris recently made an interesting shift of its Mediacom stock, moving it from one place to another within the company. Last summer, just after the S&P downgrade, Morris transferred 28 million shares of Mediacom from Morris Communications to another company he owns, Shivers Investments, LLC. Shivers Investments, LLC, and Morris Communications Company, LLC, are both subsidiaries of Morris Communications Holding Company, which in turn is a subsidiary of Shivers Operating and Trading Company, LLC. Chapman said this transaction could be construed as fraudulent if investors ever duked it out with the company. When asked about this, Mitchell was silent for a while before saying, "I can't comment."

Jim Conaghan, vice-president of the Newspaper Association of America, a trade group that represents the most of the nation's daily papers, was none too happy to talk to an alt-weekly reporter. Over the past 20 years, alt-weekly newspapers have often reported critically on mainstream print media (and, in some cases, have eaten away at advertising revenues). Most print and broadcast outlets take a seemingly genteel approach to looking into each other's affairs, meaning they don't. On rare occasions, shenanigans at daily newspapers boil over and cannot be ignored by other newspapers. That was the case when the alt-weekly Long Island Press exposed a 2004 scandal involving exaggerated circulation numbers at Newsday, a daily that serves Long Island and Queens, N.Y. "As a trade organization, I'm certainly not going to speak about a member organization," Conaghan says. "We have plenty of information on our website."

Indeed. NAA's advertising forecast for member newspapers in 2008 "reflects ongoing unease of an economy on the brink."

"Given lower year-over-year forecasts for home sales, employment growth and auto sales," NAA predicts, "it is likely that the three major components of classified advertising will decline, though perhaps at a slower rate, about 7.3 percent."

NAA's predictions get even worse. "Presuming the economy does not fall into recession ... and experiences some improved conditions in the second half of the year, retail advertising might show a decline of only 1 percent, while national advertising might stabilize at the 2007 level." And that is the best-case scenario.

How will this affect the newspaper industry as a whole? Edmonds says the likely result will be a rollback in media consolidation. "That newspapers are hurting today is not uncommon," Edmonds said. "The ones in the toughest shape are the ones that made substantial acquisitions."

What will Morris Communications do to stem the tide? At the JP Morgan conference, Morris executives discussed a number of strategies, almost all of them involving some form of consolidation. Who benefits from consolidation may depend on where it takes place. One plan calls for centralizing an "ad management system." Others suggest "consolidat[ing] cash processing" and building a "centralized outbound classified call center." Morris executives also plan to "deliver online advertiser self-service tools" and consolidate all newspapers on one media platform.

The last option discussed in Miami called for a "gallery of pre-built ads." It is this one that observers say may involve outsourcing to India. The company is, furthermore, still banking on growth in online ad revenue. The PowerPoint presentation showed online revenues up 19.2 percent in 2007 over the year before, for an impressive figure of around $40 million, or about 10 percent of print ad revenue. Also high on the agenda is the creation of zones of influence geographically around each newspaper, with additional publications in suburban and rural areas. (The Times-Union has already poured considerable resources into making its "Sun" brand — MyClaySun, MyStJohnsSun, etc. — more recognizable and more penetrating.) And there is a shift to using the Internet to boost "30-day reach" numbers, the percentage of the population that reads a newspaper over a one-month period. Currently, The Augusta Chronicle has the lowest rating of the Morris papers mentioned at the JP Morgan conference, with a 30-day exposure level of 65 percent. The Topeka, Kan., Morris newspaper has the highest 30-day exposure for Morris publications, with a combined print and web reach of 81 percent. The Times-Union's 30-day print/web reach is 74 percent, which prompted the short-lived and frankly lame "Beware the 26" campaign last year. In all cases, however, the 30-day standard represents a step back from the more traditional seven-day standard preferred by the media auditing firm Scarborough

> "The Florida Times-Union is in the process of filling a number of jobs in advertising, and we are looking for three new reporters in Jacksonville," says T-U editor Frank Denton. "We are not cutting back on editorial staff."

Research. (By that standard, the T-U reaches just 60 percent.)

If those strategies fail, it's even possible they may cut some fat from executive salaries. The 2003 bond prospectus showed salaries and bonuses of $814,763 for then-Executive Vice President Carl Cannon, $627,461 to Executive Vice President Jim Currow, $315,000 to Mitchell and $582,000 for William S. "Will" Morris IV. (Cannon retired at the end of last year.) In addition to that, there is the "deferred compensation" of hundreds of thousands of dollars for these top executives.

With a little management wizardry, life might go on as usual in the propped-up Morris regime. The day when the company's executives are plucked from the roof of their Augusta headquarters might be put off for years. But critics believe that leveraging a print media empire on junk bonds was a boneheaded proposition from the outset, kind of like fighting a guerrilla war with a conventional army. ⊙

Certificate of Service

I, Judith Seraphin, hereby certify that I sent the foregoing document and attached Exhibits A&B to the following by regular mail on January 19, 2010 to:

Mr. William Morris, IV
Morris Publishing Group LLC
725 Broad Street
Augusta, Georgia 30901-1336

Office of the U. S. Trustee
222 West Oglethorpe Ave., Ste. 302
Savannah, GA 31401-3664   via fax to 912-652-4123

Honorable Samuel L. Kay,
Bankruptcy Court Clerk           (via ~~overnight~~ 2nd day mail)
P.O. Box 1487,
600 James Brown Boulevard
Augusta, Georgia 30903

Mr. James T. Wilson, Jr., PC
945 Broad Street, Suite 420
Augusta, GA 30901-7202           and via fax to 706-722-0472

Ms. Kathleen Horne, Esquire
Inglesby, Falligant, Horne, Courington,
Box 1368
Savannah, GA 31402-1368          and via fax to 912-232-7300 ...

Respectfully submitted,

*Judith Seraphin*
JUDITH SERAPHIN