**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Augusta, Georgia
By mfox at 3:31 pm, Jan 27, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | |
| MORRIS PUBLISHING GROUP LLC, | ) | CHAPTER 11 CASE |
| et al. | ) | NUMBER <u>10-10134</u> |
| | ) | |
| Debtors | ) | Jointly administered |

## ORDER APPOINTING FINANCIAL ADVISOR

The application of the Debtors for appointment of CRG Partners Group LLC ("CRG") as financial advisor to the Debtors having been considered, and it appearing to the Court that the employment of CRG is necessary and beneficial to this estate;

it further appearing that CRG has no adverse interest to those of this estate and that the employment is proper,

**IT IS THEREFORE ORDERED** that the Debtors are authorized to employ the services of CRG Partners Group LLC as financial advisor to the Debtors, subject to objection by any party in interest within twenty-one (21) days of the date hereof. Compensation of CRG will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

In the event a timely objection to employment is filed and served, a hearing will be held on the application for

AO 72A
(Rev. 8/82)

employment and objection on February 17, 2010, at 9:00 a.m., in the United States Bankruptcy Court for the Southern District of Georgia, 600 James Brown Boulevard, Augusta, Georgia.

_____
JOHN S. DALIS
United States Bankruptcy Judge

Dated at Waycross, Georgia,
this 27th day of January, 2010.